ACCEPTED
14-15-00311CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/24/2015 3:55:45 PM
CHRISTOPHER PRINE
CLERK

CASE NO. <u>14-15-00311 – CV</u>

IN THE FOURTEENTH COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/24/2015 3:55:45 PM
CHRISTOPHER A. PRINE
Clerk

H & H WRECKER

Appellant

V.

CRYSTAL KOCTAR AND BRAZORIA AUTO RECOVERY

Appellee

## APPELLANT'S MOTION FOR LEAVE TO FILE LATE REPLY BRIEF

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to Tex.R. App. P. 10.5(b) and 38.6(d), the Appellant, **H & H WRECKER**, files this Motion for Leave to File Late Reply Brief to Response Brief of Appellee.

Appellant's reply brief was due December 21, 2015.

Counsel for Appellant seeks an extension of time to be able to prepare a cogent and succinct reply brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has not had opportunity to confer with opposing counsel at time of necessity to file this motion.

All facts recited in this motion are within the person knowledge of the counsel signing this Motion, therefore no verification is necessary under Rules of Appellate Procedure 10.2.

No extensions have been requested for Appellant's Reply Brief.

1

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant, **H & H Wrecker** requests that this Court grant her Motion for Leave to File Late Reply Brief and extend the Deadline for Filing the Appellant's Reply Brief up to and including thirty days from current due date of December 21, 2015.

Respectfully submitted,

**DUGAS LEGER LAW FIRM**

_____
**CLAY DUGAS**
State Bar No. 06173200
lclay@dugasleger.com
**JANE S. LEGER**
State Bar No. 00788814
jleger@dugasleger.com
805 Park Street
Beaumont, TX 77701
P: (409) 813-1111
F: (409) 813-1396

**COUNSEL FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I certify that at the time of necessity to file said motion I have not successfully conferred with counsel for Appellee.

_____
CLAY DUGAS/JANE S. LEGER
Counsel for Appellant, H & H WRECKER

## CERTIFICATE OF SERVICE

I certify that on December 24, 2015, I mailed a copy of this motion to the following counsel by United States Certified Mail and facsimile:

Frederick Hoelke
Law Offices of Frederick F. Hoelke
26545 IH 10 West, Suite 100
Boerne, TX 78006
(210) 444-0996 – facsimile

_____
CLAY DUGAS/JANE S. LEGER
Counsel for Appellant, H & H WRECKER

3